IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, | ) | |
| Plaintiff, | ) | No. 06-865 |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 60 days, to and including April 17, 2007, within which to respond to plaintiff's complaint. Our response is presently due on February 16, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff has been contacted and does not oppose this request for an enlargement of time.

Defendant's counsel has sent to the Department of Homeland Security, United States Coast Guard ("Coast Guard"), a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] However, agency counsel has informed counsel for

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of (continued...)

defendant that additional time is necessary for her to obtain and review information necessary for preparation of the agency's litigation report and suggested response to the complaint.

Consequently, defendant's counsel has been unable to familiarize himself with this matter sufficiently to prepare the Government's response. This requested enlargement of time is required so that agency counsel may have sufficient time to obtain from Coast Guard employees the relevant information needed to prepare and deliver to counsel for defendant the agency’s litigation report and suggested response to the complaint.

Once the litigation report and suggested response to the complaint is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the report and suggested response to the complaint, obtain any additional information or clarification from the Coast Guard, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

---

[1](...continued)
the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

February 9, 2007

CERTIFICATE OF FILING

I hereby certify that on this 9th day of February 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler