# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**K-CON BUILDING SYSTEMS,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-865C**
**Filed: February 13, 2007**

## O R D E R

The court is in receipt of the defendant's February 9, 2007, unopposed motion for an enlargement of time of 60 days, to and including April 17, 2007, within which to respond to the plaintiff's complaint. As requested, the defendant's motion is **GRANTED**. On or before **Tuesday, April 17, 2007**, defendant shall file its response to the complaint.

Furthermore, on or before **Tuesday, April 24, 2007**, the parties shall consult, and shall file a joint status report, proposing how to proceed in this case, with milestones and time lines. For further discussion on how to proceed, the court **SCHEDULES** a status conference for **Thursday, April 26, 2007, at 10:30 a.m. EDT**. The tentative, February 20, 2007, status conference, discussed with chambers personnel, will not take place due to the above enlargement of time. The parties shall refrain from filing motions for summary judgment until after any such proposed motions are discussed at the April status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**