# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | * |
| **K-CON BUILDING SYSTEMS,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * | * |

**No. 06-865C**
**Filed: February 21, 2007**

**O R D E R**

Plaintiff's counsel has advised the court of a conflict with the status conference currently scheduled for April 26, 2007, and further advises that the defendant does not object to rescheduling the conference. The court, therefore, **RESCHEDULES** the status conference in the above-captioned case for **Thursday, May 3, 2007, at 11:00 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will reach defendant's counsel at (202) 514-4678, and plaintiff's counsel at (843) 556-5656. The parties shall refrain from filing motions for summary judgment until after any such proposed motions are discussed at the May conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**