IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-865C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED STATUS REPORT

The parties have consulted regarding the schedule in the above-captioned case. Based upon those consultations, defendant proposes proceeding in this case according to the following milestones:

| | |
|---|---|
| Joint Preliminary Status Report | June 11, 2007 |
| Exchange of Initial Disclosures | July 11, 2007 |
| Close of Discovery | January 11, 2008 |
| Motions for Summary Judgment | March 1, 2008 |
| Responses and Cross Motions | April 1, 2008 |
| Replies | May 1, 2008 |

Defendant's counsel has discussed these proposed milestones with counsel for the plaintiff, and plaintiff's counsel has indicated that plaintiff will not oppose their entry in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 514-4678
Fax: (202) 514-8624

May 2, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 2, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler
ROBERT E. CHANDLER