# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| **K-CON BUILDING SYSTEMS,** | |
| **Plaintiff,** | **No. 06-865C** |
| **v.** | **Filed: May 8, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on May 3, 2007, with the parties appearing by telephone. As discussed with the parties at the conference, 1) the joint preliminary status report is waived in the interest of timely resolution of the case, 2) the parties shall engage in initial disclosures with respect to damages, and 3) the court **SCHEDULES** a settlement conference for **Tuesday, June 19, 2007, at 2:00 p.m. EDT**, with all participants appearing by telephone. Plaintiff shall identify a company official with the authority to settle. Defendant shall identify the contracting officer and also a contracting officer's technical representative, if the latter would be helpful. On or before **Wednesday, June 13, 2007**, counsel shall call in to chambers, at (202) 357-6580, the names and telephone numbers of all conference participants. The court will initiate the conference call. Unless otherwise notified, the court will reach defendant's counsel at (202) 514-4678, and plaintiff's counsel at (843) 556-5656.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**