# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **K-CON BUILDING SYSTEMS,** | |
| **Plaintiff,** | **No. 06-865C** |
| **v.** | **Filed: June 20, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a settlement conference in the above-captioned case on June 19, 2007, with the parties appearing by telephone. The court commends the parties for working amicably in resolving the dispute through settlement and relies on the parties to complete the remaining steps necessary for final resolution and closure of the case. The court **SCHEDULES** a status conference for **Tuesday, July 17, 2007, at 2:00 p.m. EDT**, with counsel of record to appear by telephone. The court will initiate the conference call. Unless otherwise notified, the court will reach defendant's counsel at (202) 514-4678, and plaintiff's counsel at (843) 556-5656. The parties shall notify the court of any additional participants on or before **Wednesday, July 11, 2007,** by calling Chambers at (202) 357-6580. In the event that the case has been dismissed, the court will cancel the conference, but only the court can do so.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**