# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| **K-CON BUILDING SYSTEMS,** * | |
| **Plaintiff,** * | **No. 06-865C** |
| **v.** * | **Filed: July 11, 2007** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court previously scheduled a status conference for **Tuesday, July 17, 2007**. However, the court changes the time for the conference from 2:00 p.m. EDT to **4:30 p.m. EDT**. Counsel of record shall appear by telephone. Unless otherwise notified, the court will reach defendant's counsel at (202) 514-4678 and plaintiff's counsel at (843) 556-5656. In the event that the case has been dismissed, the court will cancel the conference, but only the court can do so.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**