IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, INC. | ) | |
| Plaintiffs, | ) | No. 06-865C |
| | ) | (Judge Horn) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims and the Settlement Agreement between the parties dated this date, the parties have agreed and do hereby stipulate that the complaint is dismissed with prejudice, and that the Court will not award either party attorney fees, costs, and expenses incurred in this action.

Respectfully submitted,

s/ William Scott
William Scott
Pedersen & Scott
775 St. Andrews Blvd.
Charleston, SC 29407
Washington, DC 20005
Tel. (843) 556-5656

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert E. Chandler

ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax (202) 307-0972

Dated: July 17, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of July, 2007, a copy of the foregoing "STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler