# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **K-CON BUILDING SYSTEMS,** | |
| **Plaintiff,** | **No. 06-865C** |
| **v.** | **Filed: July 17, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' July 17, 2007 joint stipulation of dismissal, with prejudice. Pursuant to the joint stipulation of dismissal, the settlement agreement between the parties cited in the joint stipulation, and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorney's fees. The clerk's office shall enter **JUDGMENT** consistent with this order. As a result of the successful closure of this case, the status conference scheduled for July 17, 2007 is **CANCELLED**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**