# In the United States Court of Federal Claims

**No. 06-865 C**

**K-CON BUILDING SYSTEMS**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 17, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, with each party to bear its own costs, expenses and attorney's fees.

Brian Bishop
Clerk of Court

July 18, 2007 By: s/ Debra L. Samler

Deputy Clerk